12-8-15
83,289-01,02,03

Court of Criminal Appeals,

I will be submitting my completed Habeas Corpus Writs for WR-83,289-03, WR-83,289-02 and WR-83,289-01 to Navarro County at the end of the month. Though they are sucessor writs, I have new evidence and have met the requirements to file as much. I will be submitting copies to your court as well to make sure Navarro county does not with hold anything. I will be bench warranted back to Navarro county by February 4th, 2016 as I have a pending civil suit. I wanted to notify your court as I will obviously no longer be at Lane Murray when Navarro County picks me up. Hopefully I am able to take care of everything while bench warranted back. Thank you for your time and consideration in this matter.

God Bless,

Lauren Aycock

Lauren Aycock #1969847
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX
76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk